JOEL D. SIEGEL (State Bar No. 155581)
E-mail: jsiegel@sonnenschein.com
ANDREW R. CAHILL (State Bar No. 233798)
E-mail: acahill@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

CHRISTIAN S. GENETSKI (*Pro Hac Vice* Admitted)
Email: cgenetski@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Defendants
Square Enix of America Holdings,
Inc. and Square Enix, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEONG, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>SQUARE ENIX OF AMERICA HOLDINGS, INC., a Delaware corporation; SQUARE ENIX, INC., a Washington corporation, DOES 1-10,<br><br>Defendants. | No. CV09-04484 PSG (VBKx)<br><br>DECLARATION OF STEVE ROSS<br><br>Hearing Date: September 21, 2009<br>Time: 1:30pm<br>Courtroom: 790 |

DECLARATION OF STEVE ROSS

I, Steve Ross, declare as follows:

1. I am employed by Square Enix, Inc. as Associate General Counsel & Director of Legal and Business Affairs. In this role, I have been informed and am familiar with Square Enix's historical practices regarding game packaging and user agreements for Square Enix's Final Fantasy XI Online game. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently under oath concerning these facts.

2. I have reviewed Square Enix's records, and Exhibit A attached to my declaration is a true and correct copy of the print version of the Square Enix PlayOnline® Member Agreement that was included in the 2005 version of the Final Fantasy® XI Online game packaging and also presented to users online for their click-through consent prior to creating a PlayOnline account.

3. I have reviewed Square Enix's records, and the color scans attached as Exhibit B to my declaration are true and correct copies of the Final Fantasy® XI Online game packaging sold in 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 26, 2008.

Steve Ross