Exhibit B

PlayOnline™



for Windows®



PC CD-ROM SOFTWARE

NOT VALID FOR PURCHASE IF OPENED.
NOT FOR RESALE BY A PRIOR OWNER.

PlayOnline™

SQUARE ENIX.

PlayOnline™

FINAL FANTASY XI
ONLINE



INCLUDES BONUS *Rise of the Zilart* EXPANSION PACK

FREE SUBSCRIPTION FOR 30 DAYS*
*Some restrictions may apply

  

for Windows®
INTERNET CONNECTION REQUIRED
ADDITIONAL ONLINE FEES REQUIRED

   

for Windows

09.03
04




6 62248 90307 1

| | Minimum System Requirements: | Recommended System: (as of 9/03) |
|---|---|---|
| Operating System: | Microsoft® Windows® 98 / 98SE / Me / 2000 / XP | Microsoft® Windows® XP |
| CPU: | Intel® Pentium®III 800Mhz or faster processor | Intel® Pentium®4 processor |
| Memory: | 128 MB RAM | 256 MB RAM |
| Graphics Card: | NVIDIA® GeForce™ series graphics processing unit with 32 MB or ATI® RADEON™ 9000 series graphics card (AGP) | NVIDIA® GeForceFX™ series graphics processing unit (AGP) with 64MB of VRAM |
| Sound Card: | DirectX®8.1 compatible sound card | DirectX®8.1 compatible sound card |
| Hard Drive Space: | 6 GB free hard disk space | 6 GB free hard disk space |
| CD-ROM Speed: | 4x CD-ROM drive (required only at installation) | 32x CD-ROM drive or faster (required only at installation) |
| Internet Connection: | 56kbps modem or better | Always-on Internet connection |
| Other: | Keyboard, mouse | Keyboard with numeric pad, mouse with scroll wheel |

NOT VALID FOR PURCHASE IF OPENED.
NOT FOR RESALE BY A PRIOR OWNER.



# FINAL FANTASY. XI
### ONLINE

The world of Vana'diel stands on the brink of war. Three powerful nations rally their troops against the beastmen in desperate bid for survival. Now, brave adventurers like you are Vana'diel's only hope!

Create an alter ego and forge alliances with players from around the globe. Exhilarating quests and an epic storyli await you in Square Enix's premiere online role-playing game. Join together to steer the course of Vana'diel's histo

  

 



*Rise of the Zilart*

**Includes bonus FINAL FANTASY XI: Rise of the Zilart™ expansion pac which unlocks even more areas, jobs, and abilities!**

**PlayOnline**

PlayOnline is an innovative new network service that keeps you in touch with fellow players. Meet new people, play games, chat with friends, share strategies, e-mail screenshots, and much more!

**Tetra Master**

FINAL FANTASY IX's card game is back, now online! Compete against up to two other players in battles requiring both strategy and luck. Build your deck, win rare cards, and challenge the world's top players!

Children under the age of 13 are not permitted to use PlayOnline services, including games. Acceptance of certain agreements is required. Online play requires internet connection. Users are responsible for all applicable internet and subscription fees. A valid credit card required to set up account.

**SQUARE ENIX.**
www.playonline.com
Published by Square Enix U.S.A., Inc.

See bottom of box for system requirements.

© 2001-2003 SQUARE ENIX CO., LTD. All Rights Reserved. Title Design by Yoshitaka Amano. FINAL FANTASY, TETRA MASTER and VANA'DIEL are registered trademarks of Square Enix Co., Ltd. SQUARE ENIX, RISE OF THE ZILART, PLAYONLINE and the PlayOnline logo are trademarks of Square Enix Co., Ltd. © 1996-2003 ACCESS CO., LTD. All Rights Reserved. NetFront is Licensed by and a trademark of ACCESS CO., LTD. Windows and DirectX are registered trademarks of Microsoft Corporation in the United States and/or other countries. Pentium and the Intel Inside logo are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries. NVIDIA, the NVIDIA Logo and the Way It's Meant to be Played Logo are trademarks and/or registered trademarks of NVIDIA Corporation in the United States and other countries. GeForce is a trademark of NVIDIA Corporation. ATI and RADEON are used under license and are registered trademarks or trademarks of ATI Technologies Inc. in the United States and other countries. The ratings icon is a trademark of the Interactive Digital Software Association. All other trademarks are the property of their respective owners.  20100

**COMPACT disc**
**5 DISCS**

**ACCESS NetFront**

**TEEN T**
Animated Blood
Violence
ESRB CONTENT RATING   www.esrb
Game experience may change during online play



 

**PlayOnline™**

**FINAL FANTASY XI ONLINE**

**for Windows®**