MAKAREM & ASSOCIATES, APLC
Ronald W. Makarem, Esq. (SB #180442)
Marni B. Folinsky, Esq. (SB #209880)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299
Facsimile: (310) 312-0296
Email: makarem@law-rm.com
Email: folinsky@law-rm.com

Michael H. Kim, Esq. (State Bar No. 200792)
**MICHAEL H. KIM , P.C.**
3699 Wilshire Boulevard, Suite 860
Los Angeles, California 90010
Telephone: (213) 639-2900
Facsimile: (213) 639-2909
Email: mkim@mhklawyers.com

Attorneys for Plaintiff
ESTHER LEONG, individually and
on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE ENIX OF AMERICA HOLDINGS, INC., a Delaware corporation; SQUARE ENIX, INC., a Washington corporation,<br>     Defendants. | Case No. CV 09-4484 PSG (VBKx)<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS |

This Stipulation is entered into by and between plaintiff, Esther Leong, by and through her attorney of record Marni B. Folinsky of Makarem & Associates, and defendants, Square Enix Of America Holdings, Inc. and Square Enix, Inc., by and through its attorney of record Christian S. Genetski of Sonnenschein Nath & Rosenthal.

This Stipulation is based on the following:

1. WHEREAS, Defendants' Motion to Dismiss is set for hearing on Monday, September 21, 2009;

2. WHEREAS, Plaintiff's Opposition would be due on Friday, September 4, 2009 due to the Labor Day holiday;

3. WHEREAS, Plaintiff's counsel will be out of town at a conference on September 3 and 4, 2009;

4. WHEREAS, the Standing Order provides that the moving party should avoid filing motions for which opposition papers will be due the Friday preceding a holiday.

5. WHEREAS, Defendants have agreed to continue the hearing on their Motion to Dismiss for one week until September 28, 2009;

6. WHEREAS, Plaintiff's Opposition will due on September 14, 2009.

IT IS HEREBY STIPULATED that the hearing on Defendants' Motion to Dismiss will be continued to September 28, 2009 and Plaintiff shall file her Opposition by September 14, 2009.

//
//
//
//

IT IS HEREBY FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts which when taken together shall be deemed as one Stipulation and that an executed facsimile page of this Stipulation shall be deemed an original for filing with the Court.

Dated: August 28, 2009      MAKAREM & ASSOCIATES

By: _____
MARNI B. FOLINSKY
Attorney for Plaintiff, Esther Leong

Dated: August 28, 2009      SONNENSCHEIN NATH & ROSENTHAL

By: _____
CHRISTIAN GENETSKI
Attorney for Defendants,
Square Enix Of America Holdings, Inc.
and Square Enix, Inc

PROOF OF SERVICE
(Code of Civil Procedure §1013A(d))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11601 Wilshire Boulevard, Suite 2440, Los Angeles, CA 90025-1740. On August 31, 2009, I caused the foregoing document described as:

Stipulation to Continue Hearing Date

Said document was served on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Joel D. Siegel, Esq. | Christian S. Genetski, Esq. |
| Sonnenschein Nath & Rosenthal LLP | Sonnenschein Nath & Rosenthal LLP |
| 601 South Figueroa Street | 1301 K Street, N.W. Suite 600 East Tower |
| Suite 2500 | Washington DC, 20005-3364 |
| Los Angeles, California 90017-5704 | |
| Facsimile: 213-623-9924 | Facsimile: 202-408-6399 |

__xx__ BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of mail and that on the same day, and in the ordinary course of business, said mail is deposited in the United States Mail with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit/proof of service.

____ PERSONAL SERVICE: I delivered said envelope by hand to the offices of the addressee(s).

____ VIA FACSIMILE: On to the interested parties above-designated at the fax numbers noted above.

____ VIA OVERNIGHT DELIVERY: I placed such envelope for regularly scheduled pickup at our offices on the date of this declaration by our usual overnight delivery service.

__xx__ (Federal) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2009, at Los Angeles, California.

_____
Vanessa Ngo

Printed on Recycled Paper