| | |
|---|---|
| 1 | JOEL D. SIEGEL (State Bar No. 155581) |
| 2 | E-mail: jsiegel@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP |
| 3 | 601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704 |
| 4 | Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 |
| 5 | CHRISTIAN S. GENETSKI (*Pro Hac Vice* Admitted) |
| 6 | Email: cgenetski@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP |
| 7 | 1301 K Street, N.W., Suite 600<br>Washington, DC 20005 |
| 8 | Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399 |

Attorneys for Defendants
Square Enix of America Holdings,
Inc. and Square Enix, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEONG, individually and on behalf of all others similarly situated,, | No. CV09-04484 PSG (VBKx) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| SQUARE ENIX OF AMERICA HOLDINGS, INC., a Delaware corporation; SQUARE ENIX, INC., a Washington corporation, DOES 1-10, | |
| Defendants. | |

---

Case No. CV09-04484 PSG (VBKx)                                                     CERTIFICATE OF SERVICE

1   I am employed in the County of San Francisco, State of California. I am over
2   the age of eighteen and not a party to the within action; my business address is 525
3   Market Street, 26th Floor, San Francisco, CA 94105.
4   I hereby certify that on September 21, 2009, I electronically filed the
5   foregoing:

REPLY IN SUPPORT OF MOTION TO DISMISS FIRST
AMENDED COMPLAINT BY DEFENDANTS SQUARE ENIX OF
AMERICA HOLDINGS, INC. AND SQUARE ENIX, INC

with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

| Ronald W. Makarem, Esq. | Michael H. Kim, Esq. |
| 11601 Wilshire Boulevard | Michael H. Kim, P.C. |
| Suite 2440 | 3699 Wilshire Boulevard |
| Los Angeles, California 90025-1760 | Suite 860 |
| | Los Angeles, California 90010 |
| Tel: (310) 312-0299 | Tel: (213) 639-2900 |
| Fax: (310) 312-0296 | Fax: (213) 639-2909 |

☒ (By Mail): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

☐ (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED ON September 21, 2009 at San Francisco, California.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

Case No. CV09-04484 PSG (VBKx)                                    CERTIFICATE OF SERVICE

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct.

3

4                                      _____
5                                           Diane Vivian Donner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

Case No. CV09-04484 PSG (VBKx)                                    CERTIFICATE OF SERVICE