1  JOEL D. SIEGEL (State Bar No. 155581)
   E-mail: jsiegel@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  CHRISTIAN S. GENETSKI (*Pro Hac Vice*)
   Email: cgenetski@sonnenschein.com
6  SONNENSCHEIN NATH & ROSENTHAL LLP
   1301 K Street, N.W., Suite 600
7  Washington, DC 20005
   Telephone: (202) 408-6400
8  Facsimile: (202) 408-6399

9  Attorneys for Defendants
   Square Enix of America Holdings,
10 Inc. and Square Enix, Inc.

11

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| 16 | ESTHER LEONG, individually and on behalf of all others similarly situated, | Case No. CV09-04484 PSG (VBKx) |
|---|---|---|
| 17 | | |
| 18 | Plaintiff, | DECLARATION OF CHRISTIAN S. GENETSKI IN SUPPORT OF DEFENDANTS SQUARE ENIX OF AMERICA HOLDINGS, INC.'S AND SQUARE ENIX, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT |
| 19 | vs. | |
| 20 | SQUARE ENIX OF AMERICA HOLDINGS, INC., a Delaware corporation; SQUARE ENIX, INC., a Washington corporation, | |
| 21 | | |
| 22 | | Date: April 12, 2010 |
| 23 | Defendants. | Time: 1:30 p.m. |
|  |  | Place: Courtroom 880 |
| 24 | | |
| 25 | | Judge: Hon. Philip S. Gutierrez |

26

27

28

## DECLARATION OF CHRISTIAN S. GENETSKI

I, Christian S. Genetski, as follows:

1. I am an partner at Sonnenschein Nath & Rosenthal LLP, counsel for defendants Square Enix of America Holdings, Inc. and Square Enix, Inc. (collectively, "Square Enix"). I have been admitted *pro hac vice* to appear before the Central District of California in the above-captioned matter. I have personal knowledge of the matters contained herein, and if called as a witness, I could and would testify competently thereto.

2. On February 18, 2010, I attempted to meet and confer with counsel for plaintiff Esther Leong regarding the substance of the instant motion in accordance with Local Rule 7-3. I advised plaintiff's counsel by e-mail that Square Enix would be filing a motion to dismiss the Second Amended Complaint based on statute of limitations grounds, lack of standing, and failure to state a claim. Attached as Exhibit A is a true and correct copy of my February 18, 2010 e-mail message to plaintiff's counsel. In addition, on February 18, 2010, I left voicemails for plaintiff's attorneys, Ronald Makarem, Marni Folinsky, and Michael Kim, advising them of Square Enix's motion to dismiss. I received no response to my e-mail or voicemails to plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of February 2010, at Washington DC.

_____
CHRISTIAN S. GENETSKI

27342059

# Exhibit A

## Genetski, Christian S.

| | |
|---|---|
| **From:** | Genetski, Christian S. |
| **Sent:** | Thursday, February 18, 2010 5:10 PM |
| **To:** | folinsky@law-rm.com; makarem@law-rm.com; mkim@mhklawyers.com |
| **Cc:** | Siegel, Joel D. |
| **Subject:** | Meet and Confer |

Ron, Marni and Michael,

I am writing to follow up on the voice messages left for each of you today regarding the Leong v. Square Enix matter. By this correspondence, I am informing you of Square Enix's intention to file a motion to dismiss the Second Amended Complaint filed in this actions as to all plaintiffs, on the grounds that those named plaintiffs lack standing, that their claims are barred by the statute of limitations, and that the complaint fails to allege facts sufficient to sustain the claims asserted pursuant to Rule 12(b)(6). Because the first and last grounds for our motion concern areas in which we have had prior discussions and agreed to disagree as to the merits of our arguments, I presume that we have covered this ground before, but wanted to ensure we meet our duty under the local rules to confer.

I will be in my office all day tomorrow and available to discuss in more detail should you want to discuss the issue further. 202-408-6463.

Regards,
Christian Genetski

1