**MAKAREM & ASSOCIATES, APLC**
Ronald W. Makarem, Esq. (SB #180442)
Marni B. Folinsky, Esq. (SB #209880)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Phone: (310) 312-0299
Facsimile: (310) 312-0296
Email: makarem@law-rm.com
Email: folinsky@law-rm.com

Michael H. Kim, Esq. (State Bar No. 200792)
**MICHAEL H. KIM , P.C.**
3699 Wilshire Boulevard, Suite 860
Los Angeles, California 90010
Telephone: (213) 639-2900
Facsimile: (213) 639-2909
Email: mkim@mhklawyers.com

Attorneys for Plaintiff
ESTHER LEONG, individually and
on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEONG, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>SQUARE ENIX OF AMERICA HOLDINGS, INC., a Delaware corporation; SQUARE ENIX, INC., a Washington corporation,<br>   Defendants. | Case No. CV 09-4484 PSG (VBKx)<br><br>NOTICE OF ERRATA RE PROOF OF SERVICE |

Case No. CV 09-4484 PSG (VBKx)
NOTICE OF ERRATA RE: PROOF OF SERVICE

TO THE HON. PHILIP S. GUTIERREZ, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Proof of service filed with the Notice of Appeal on May 13, 2010 had the incorrect service list and is hereby being revised to correct an inadvertent error. Attached, hereto please find the correct Proof of Service for the Notice of Appeal.

Dated: May 13, 2010				**MAKAREM & ASSOCIATES, APC**

						By: _____/s/_____
						    Ronald W. Makarem, Esq.
						    Marni B. Folinsky, Esq.

PROOF OF SERVICE
(Code of Civil Procedure §1013A(d))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11601 Wilshire Boulevard, Suite 2440, Los Angeles, CA 90025-1740. On May 13, 2010, I caused the foregoing document described as:

Notice of Appeal

Said document was served on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

See Attached Service List

___BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of mail and that on the same day, and in the ordinary course of business, said mail is deposited in the United States Mail with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit/proof of service.

___ PERSONAL SERVICE: I delivered said envelope by hand to the offices of the addressee(s).

__XX__ VIA ELECTRONIC MAIL: On to the interested parties above-designated at the email address noted below.

_ VIA OVERNIGHT DELIVERY: I placed such envelope for regularly scheduled pickup at our offices on the date of this declaration by our usual overnight delivery service.

__xx___ (Federal) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 13, 2010, at Los Angeles, California.

*/s/ Stefani McDowell*
Stefani McDowell

| | |
|---|---|
| 1 | Joel D. Siegel, Esq. |
| 2 | Sonnenschein Nath & Rosenthal LLP |
| 3 | 601 South Figueroa Street, Suite 2500 |
| 4 | Los Angeles, California 90017 |
|   | Tel: (213) 623-9300 |
| 5 | Fax: (213) 623-9924 |
| 6 | Joel D. Siegel, Esq.: (213) 892-5050, jsiegel@sonnenschein.com |
| 7 | www.sonnenschein.com |
| 8 |  |
| 9 | Christian S. Genetski, Esq. |
| 10 | Zwillinger Genetski LLP |
| 11 | 1705 North Street N.W. |
|    | Washington, DC 20036 |
| 12 | Tel: (202) 296-3585 |
| 13 | Fax: (202) 747-3121 |
| 14 | christian@zwillgen.com |
| 15 |  |
| 16 | Michael H. Kim, Esq. |
| 17 | Michael H. Kim, Professional Corp. |
| 18 | 3699 Wilshire Blvd., Suite 860 |
|    | Los Angeles, California 90010 |
| 19 | Tel: (213) 639-2900 |
| 20 | Fax: (213) 639-2909 |
| 21 | mkim@mhklawyers.com |