# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 10-55776 | 2:09-cv-04484-PSG-VBK |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| Esther Leong v. Square Enix | May 13, 2010 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 4/19/10 | Miriam Baird | [ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS<br>[ ] PRE-TRIAL PROCEEDINGS  [x] OTHER (PLEASE SPECIFY) Motion to dismiss hearing |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[x] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Ronald W. Makarem, Esq.
Marni B. Folinsky, Esq.
Makarem & Associates
11601 Wilshire Blvd., Suite 2440
Los Angeles, CA 90025
(310) 312-0299

DATE TRANSCRIPT ORDERED: June 14, 2010

SIGNATURE
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)   CA9-036(10/01/82)   COPY ONE

**PROOF OF SERVICE**
(Code of Civil Procedure §1013A(d))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11601 Wilshire Boulevard, Suite 2440, Los Angeles, CA 90025-1740. On June 14, 2010, I caused the foregoing document described as:

Transcript Designation and Ordering Form

Said document was served on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

See Attached Service List

\_\_BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of mail and that on the same day, and in the ordinary course of business, said mail is deposited in the United States Mail with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit/proof of service.

\_\_ PERSONAL SERVICE: I delivered said envelope by hand to the offices of the addressee(s).

\_\_XX VIA ELECTRONIC MAIL: On to the interested parties above-designated at the email address noted below.

\_ VIA OVERNIGHT DELIVERY: I placed such envelope for regularly scheduled pickup at our offices on the date of this declaration by our usual overnight delivery service.

\_\_xx\_\_ (Federal) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 14, 2010, at Los Angeles, California.

*/s/ Stefani McDowell*
Stefani McDowell

Printed on Recycled Paper

1  Joel D. Siegel, Esq.
2  Sonnenschein Nath & Rosenthal LLP
3  601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017
   Tel: (213) 623-9300
5  Fax: (213) 623-9924
6  Joel D. Siegel, Esq.: (213) 892-5050, jsiegel@sonnenschein.com
7  www.sonnenschein.com
8
9  Christian S. Genetski, Esq.
10 Zwillinger Genetski LLP
11 1705 North Street N.W.
   Washington, DC 20036
12 Tel: (202) 296-3585
13 Fax: (202) 747-3121
14 christian@zwillgen.com
15
16 Michael H. Kim, Esq.
17 Michael H. Kim, Professional Corp.
18 3699 Wilshire Blvd., Suite 860
   Los Angeles, California 90010
19 Tel: (213) 639-2900
20 Fax: (213) 639-2909
21 mkim@mhklawyers.com
22
23
24
25
26
27
28